United States District Court
Southern District of Texas
**ENTERED**
January 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

AIR EXPRESS INTERNATIONAL USA, INC.
d/b/a DHL GLOBAL FORWARDING,

    Plaintiff,

v.

BARNHART CRANE AND RIGGING CO.,
and LS MARITIME, LP d/b/a LONE STAR
MARITIME,

    Defendants.
_____/

CASE NO.: 4:18-cv-04290-VDG

## [ ] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST DEFENDANT, BARNHART CRANE AND RIGGING CO.

THIS CAUSE having been brought before the Court on Plaintiff's, AIR EXPRESS INTERNATIONAL USA, INC. d/b/a DHL GLOBAL FORWARDING, Motion for Default Final Judgment against Defendant, BARNHART CRANE AND RIGGING CO., and upon review of the Court file, it is hereby:

**ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Default Final Judgment is hereby **GRANTED**.

2. Plaintiff, AIR EXPRESS INTERNATIONAL USA, INC. d/b/a DHL GLOBAL FORWARDING, shall recover the sum of $790,000.00 against Defendant, BARNHART CRANE AND RIGGING CO.

3. This Judgment shall bear interest at the ~~statutory~~ rate [06 1.54%] for which let execution issue herewith.

**DONE AND ORDERED** in Chambers, this 14th day of Jan., 2020.

_____
Honorable Vanessa D. Gilmore
United States District Judge

cc: All Counsel of Record